```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 36901
    THOMAS MICHEAL OBRIEN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4403

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 10/05/2004 and was confirmed 12/13/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 06/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   SECURED         18476.00         1880.35      18476.00
DAIMLER CHRYSLER FINANCI   UNSECURED        1081.95             .00       1081.95
THE ASSOCIATES             UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED        1214.78             .00       1214.78
CENTRAL CREDIT UNION OF    UNSECURED       NOT FILED            .00            .00
SHERMAN ACQUISITION        UNSECURED        2424.95             .00       2424.95
ECAST SETTLEMENT CORP      UNSECURED        3651.55             .00       3651.55
FIFTH THIRD BANK           UNSECURED       NOT FILED            .00            .00
FINGERHUT CREDIT ADVANTA   UNSECURED         172.92             .00        172.92
FIRST NORTH AMERICAN NAT   UNSECURED       NOT FILED            .00            .00
J C PENNEY                 UNSECURED       NOT FILED            .00            .00
MBNA AMERICA               UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
SHERMAN ACQUISITION        UNSECURED         379.90             .00        379.90
DAIMLER CHRYSLER FINANCI   NOTICE ONLY     NOT FILED            .00            .00
LVNV FUNDING LLC           UNSECURED        1598.64             .00       1598.64
CAPITAL ONE BANK           UNSECURED         690.18             .00        690.18
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                        2,124.71
DEBTOR REFUND              REFUND                                           148.79

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             36,544.72

PRIORITY                                            .00
SECURED                                       18,476.00
    INTEREST                                   1,880.35
UNSECURED                                     11,214.87
ADMINISTRATIVE                                 2,700.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 36901 THOMAS MICHEAL OBRIEN
```

```
TRUSTEE COMPENSATION                                           2,124.71
DEBTOR REFUND                                                    148.79
                                       ---------------    ---------------
TOTALS                                       36,544.72          36,544.72
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 09/25/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE